MARWAN R. DAHER
mdaher@sulaimanlaw.com
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
Facsimile: (630) 575-8188
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA M. JIMENEZ,<br><br>Plaintiff,<br><br>v.<br><br>JORA CREDIT HOLDINGS, LLC doing business as JORA, INC.,<br><br>Defendant. | Case No. 2:19-cv-06580-DMG-RAO<br><br>**STIPULATION DISMISSAL WITH PREJUDICE** |

### AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff Rebecca M. Jimenez and the Defendant Jora Credit Holdings, LLC doing business as Jora, Inc., through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

| | |
|---|---|
| Dated: February 27, 2020 | Respectfully Submitted, |
| **REBECCA M. JIMENEZ** | **JORA CREDIT HOLDINGS, LLC D/B/A JORA, INC.** |
| */s/ Marwan R. Daher*<br>Marwan R. Daher<br>*Counsel for Plaintiff*<br>Sulaiman Law Group, LTD<br>2500 S. Highland Ave., Ste. 200<br>Lombard, Illinois 60148<br>Phone: (630) 575-8181<br>mdaher@sulaimanlaw.com<br>*Attorney for Plaintiff* | */s/ Chad Fuller (with consent)*<br>Chad Fuller<br>*Counsel for Defendant*<br>Troutman Sanders LLP<br>11682 El Camino Real, Suite 400<br>San Diego, California 92130<br>Phone: (858) 509-6000<br>chad.fuller@troutman.com<br>*Attorney for Defendant* |