JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA M. JIMENEZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JORA CREDIT HOLDINGS, LLC doing business as JORA, INC.,<br><br>　　　　　Defendant. | Case No.: CV 19-6580-DMG (RAOx)<br><br>**ORDER ON STIPULATION FOR DISMISSAL WITH PREJUDICE [23]** |

　　　The parties having filed with this Court their Stipulation of Dismissal with Prejudice, and good cause appearing,

　　　IT IS HEREBY ORDERED that the above-captioned action is hereby dismissed, with prejudice. The parties shall bear their own costs and fees. All scheduled dates and deadlines are VACATED.

DATED: March 5, 2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1